Fill in this information to identify the case:

Debtor name: **Storm Cat Energy (Powder River) LLC**
United States Bankruptcy Court for the: **DISTRICT OF COLORADO**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BP ENERGY COMPANY** 201 Helios Way Houston, TX 77079-2678 | | | Unliquidated | $5,850,000.00 | $0.00 | $5,850,000.00 |
| **CAMPBELL COUNTY TREASURER** Attn: Becky Brazelton PO Box 1027 Gillette, WY 82717-1027 | | | Unliquidated | | | $2,075,376.18 |
| **JOHNSON COUNTY TREASURER** 76 N Main St Rm 102 Buffalo, WY 82834-1825 | | | Unliquidated | | | $49.08 |
| **JP MORGAN CHASE BANK NA** 1111 Fannin St Fl 10 Houston, TX 77002-6925 | | | Unliquidated | $34,060,662.00 | $200,000.00 | $33,860,662.00 |
| **MONTANA DEPARTMENT OF REVENUE** PO Box 6309 Helena, MT 59604-6309 | | | Unliquidated | | | $21,433.13 |
| **Regiment Capital Special Situations Fund III LP** 1251 Avenue of the Americas Ste 4700 New York, NY 10020-1104 | | | Unliquidated | | | $8,884,383.49 |

Debtor **Storm Cat Energy (Powder River) LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SHERIDAN COUNTY ATTN: PETER C CARROLL 224 S Main St Ste B-3 Sheridan, WY 82801-4833** | | | **Unliquidated** | | | **$4,463,319.71** |
| **STATE OF WYOMING DEPT. OF REVENUE, MINERAL TAX DIVISION 122 W 25TH ST CHEYENNE, WY 82002** | | | **Unliquidated** | | | **$69,231.78** |
| **WGR ASSET HOLDING COMPANY LLC PO Box 730467 Dallas, TX 75373-0467** | | | **Unliquidated** | | | **$164,176.23** |